UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONICA ELLIS**<br>7908 Bracksford Court<br>Fairfax Station, Virginia 22039 | :<br>:<br>: Case No.: 1:15-cv-83 |
| **Plaintiff** | : |
| v. | : |
| **UNITED STATES OF AMERICA** | : |
| **Defendant** | : |

## COMPLAINT

### JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction of this Court over Defendant United States of America is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §§ 2671, *et seq.*

2. Plaintiff Monica Ellis is a resident of Virginia.

3. The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b) and § 1391(e).

4. Notice of plaintiff's tort claim was received by the United States through its agency the National Park Service on February 24, 2014. More than six months has passed which allows Plaintiff to commence this action, as authorized by 28 U.S.C § 2675(a). Thus, Plaintiff has complied with the requirements under the Federal Tort Claims Act.

### FACTS

5. On April 9, 2012, Monica Ellis attended the 2012 Easter egg hunt at the White House.

6. At the event, there was a set of portable toilets. To access the toilets you went up a set of stairs.

7. After Plaintiff used the bathroom, she went down the exit stairs.

8. As she was going down the exit stairs, she fell.

9. Plaintiff fell on the 2nd step. Her foot slipped and she slammed down.

10. The step was very slippery and did not provide traction.

11. Although there was water to wash your hands, there were no towels or dryers available to dry your hands. As a result, water collected on the stairs making them slick.

12. As a result of the fall, Ms. Ellis shattered her foot. She had extensive surgery to repair the breaks, which included the insertion of multiple pins. Ms. Ellis was hospitalized for one week and underwent extensive physical therapy. She continues to experience pain and limitations in her foot.

## COUNT 1 - Negligence

13. Plaintiff incorporates by reference paragraphs all other paragraphs of the Complaint.

14. Defendant owed a duty to act reasonably under the circumstances. Said duty included a duty maintain its premises in a reasonable safe condition.

15. Defendant's negligent acts include, but are not limited to: (1) failing to properly maintain the portable toilets and steps in a safe condition, (2) failing to provide slip-resistant stairs (e.g. treads, slip-resistant material), (3) failing to remedy a dangerous condition, (4) failing to keep the stairs free of slipping hazards, including but not limited to water, (5) failing to provide towels and/or a hand dryer so users of the toilet could dry their hands and prevent water from building up on the stairs, and (6) such other acts or omissions that may be uncovered during discovery.

16. The aforesaid negligence was a direct and proximate cause of Plaintiff's injuries.

17. As a direct and proximate result of the negligence of Defendant in causing the collision, Plaintiff suffered severe and permanent injuries.

18. As a further proximate result of the negligence of Defendant in causing the

collision, Plaintiff has suffered and will continue to suffer much mental pain and anguish; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully demands judgment against Defendant in the full and just amount of $4,000,000.00 plus costs and interest.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
  DEPAOLIS & LIGHTFOOT, LLP

*/s/ Kelly Fisher*

William P. Lightfoot         #313593
Paulette E. Chapman          #416437
Kelly J. Fisher              #488431
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 facsimile
kfisher@koonz.com